JAMES P. SHEA (State Bar No. 162483)
LAW OFFICES OF SUSAN R. WASSERMAN
5055 Wilshire Blvd., Suite 340
Los Angeles, CA 90036
Telephone: 323-954-9600
Fax: 323-954-9616
E-mail: lawoffice5750@aol.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| LINDA FLORES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>　　　　Defendant. | NO. CV 11-3175 SP<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d), AND COSTS PURSUANT TO 28 U.S.C. § 1920** |

　　　IT IS ORDERED that EAJA fees are awarded in the amount of three thousand, five hundred dollars and no cents ($3,500.00), and costs in the amount of three hundred fifty dollars and no cents ($350.00), subject to the provisions of the EAJA and subject to the terms of the stipulation between the parties.

Dated: May 15, 2012　　　　　　　　/s/
　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE